693 A.2d 901

IN THE MATTER OF DAVID J. BILDNER,
AN ATTORNEY AT LAW.

June 5, 1997.

## ORDER

The Disciplinary Review Board on February 25, 1997, having filed with the Court its decision concluding that **DAVID J. BILD-NER** of **PASSAIC**, who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.3 (lack of diligence); *RPC* 1.4(a) (failure to keep a client reasonably informed); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **DAVID J. BILDNER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.